**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CIPRIANO CARDENAS-URIARTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-cv-00747-JPG-PMF |
| | ) | |
| USA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

<u>**MEMORANDUM AND ORDER**</u>

This matter comes before the court on the Report and Recommendation[i] ("R & R") (Doc. 50) of Magistrate Judge Philip M. Frazier with regard to Defendants USA and Charles E. Samuels' Motion (Doc. 44) for Partial Summary Judgment and Plaintiff's Request for Preliminary Injunctive Relief/Request for Hearing (Doc. 47).  Neither party filed an objection to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and Recommendation.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 50) and **GRANTS** Defendants USA and Charles E. Samuels' Motion (Doc. 44) for Partial Summary Judgment.  Counts 1 and 6 are

**DISMISSED** without prejudice and Plaintiff's Request for Preliminary Injunctive

Relief/Request for Hearing (Doc. 47) is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED:**  9/1/2015

*s/J. Phil Gilbert*

                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**

---

[i] The R & R incorrectly states that the merit review was conducted on July 23, 2015.  The date should read July 23, 2014.