## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CIPRIANO CARDENAS-URIARTE,   )<br>  )<br>    Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>UNITED STATES OF AMERICA, et. al.   )<br>  )<br>    Defendants.   )  | Case No. 14-cv-00747-JPG-PMF |

### MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Motion for Sanctions (Doc. 68) based upon Plaintiff's failure to respond to defendants' discovery requests.  This Court entered an Order to Show Cause (Doc. 69) directing the plaintiff to show cause why he failed to comply with this Court's discovery order (Doc. 63) and as to why this case should not be dismissed for lack of prosecution.

The Plaintiff filed a response to the Order to Show Cause simply restating the allegations of his complaint.  The Court notes that the plaintiff has previously filed a Motion for Miscellaneous Relief which was filed in Spanish requesting additional time with discovery because of his limited English and that he is disabled.  Given these issues, the Court has appointed counsel (Doc. 72) to assist the plaintiff in this matter.

Plaintiff's counsel is required to enter an appearance no later than June 7, 2016.  It is expected that counsel will assist the plaintiff in responding to the defendants' discovery requests.  Therefore, Defendants' Motion for Sanctions (Doc. 68) is **DENIED** with leave to refile an amended motion for sanctions if plaintiff fails to respond to discovery within 60 days from plaintiff's counsel's appearance.

**IT IS SO ORDERED.**

**DATED:**  5/31/2016                         *s/J. Phil Gilbert*
                                                                **J. PHIL GILBERT**
                                                                **DISTRICT JUDGE**