IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CIPRIANO CARDENAS-URIARTE,

Plaintiff,

v.

USA, *et al*.,

Defendants.

Case No. 14-cv-747 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 25, 2017**          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                    **s/*Tina Gray*, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**